IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMAL JEROME MITCHELL,

    Petitioner,

v.	4:23cv62–WS/MAF

RICKY D. DIXON, Secretary,
Florida Department of Corrections,

    Respondent.

_____

ORDER DENYING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS

    Before the court is the magistrate judge's report and recommendation (ECF No. 14) docketed November 19, 2024. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be denied. Petitioner has filed objections (ECF No. 17) to the magistrate judge's report and recommendation, and those objections have been carefully reviewed by the undersigned.

    Upon review of the record in light of Petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be

adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 14) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's petition for writ of habeas corpus (ECF No. 1) is DENIED.

3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is denied and all claims are dismissed."

4. A certificate of appealability is DENIED.

5. Leave to appeal in forma pauperis is DENIED.

DONE AND ORDERED this ___15th___ day of ___January___, 2025.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE.